| | |
|---|---|
| 1 | **DALE A. BLICKENSTAFF** - #40681 |
| | Attorney at Law |
| 2 | 2350 W. Shaw Ave, Suite 132 |
| | Fresno, California 93711 |
| 3 | (559) 432-0986 Telephone |
| | (559) 432-4871 Facsimile |
| 4 | |
| 5 | Attorney for Defendant |
| | DAVID THOMAS HUME |

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITES STATES OF AMERICA, | ) | Case No. 1:13-CR-00076 AWI |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | **PROTECTIVE ORDER CONCERNING** |
| | ) | **DIGITAL MEDIA CONTAINING** |
| DAVID THOMAS HUME, | ) | **CHILD PORNOGRAPHY** |
| Defendant. | ) | |
| | ) | **HONORABLE ANTHONY W. ISHII** |

It is hereby stipulated by and between Benjamin B. Wagner, United States Attorney and Brian Enos, Assistant U.S. Attorney and Dale A Blickenstaff, attorney for David Hume that the following proposed order may be approved by the court:

**ORDER**

1. The Fresno office of United States Immigration and Customs Enforcement shall make a duplicate copy of the hard drive(s) and any attendant storage media available for defense analysis, including computer hard drives and the iphone seized from the Defendant on or about January 30, 2013.

2. The duplicate copy of the digital evidence shall be made available for defense counsel, Dale A. Blickenstaff, and Defendant's proposed expert, Marcus Lawson or a colleague at the same employer (Global CompuSearch), to review at the Sacramento, California ICE for the purpose of preparing for the defense of the above-entitled action. The digital evidence shall not be viewed by any other person unless defense counsel is present and the viewing is necessary to prepare for Defendant's

defense.

3. A private room will be provided for the defense examination.

4. The expert will be permitted to bring whatever equipment, books, or records he or she believes necessary to conduct the examination;

5. Neither the defense expert nor defense attorney shall remove the hard drive or other storage media from the ICE office.

6. With the exception of materials which would be considered child pornography under federal law (including visual depictions and data capable of conversion into a visual depiction), the expert may download and remove files or portions of files, provided the forensic integrity of the hard drive is not altered. The expert will certify in writing (using the attached certification), that he has taken no materials which would be considered child pornography, or data capable of being converted into child pornography, (under federal law) and that he has not caused any child pornography to be sent from the ICE premises by any means including any electronic transfer of files.

7. Except when a defense expert fails to provide this certification, no government agent, or any person connected with the government, will examine or acquire in any fashion any of the items used by the expert in order to conduct the defense analysis. Should a defense expert fail to certify that the expert has not copies or removed child pornography, or data capable of being converted into child pornography, government agency may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

8. When the defense indicates that it is finished with its review of the copy of the hard drives, the drive(s) or other storage devices shall be "wiped" clean.

9. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representation counsel after first consulting opposing counsel.

Dated: September 3, 2013                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                            By   /S/
                                            BRIAN ENOS
                                            Assistant U.S. Attorney

**STIPULATION AND [PROPOSED] PROTECTIVE ORDER CONCERNING
DIGITAL MEDIA CONTAINING CHILD PORNOGRAPHY**

**Page 2**

Dated: September 3, 2013         By   /S/ Dale A. Blickenstaff
                                 DALE BLICKENSTAFF
                                 Attorney for DAVID THOMAS HUME

IT IS SO ORDERED.

Dated:    September 3, 2013
                                 _____
                                 SENIOR  DISTRICT  JUDGE